UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:13-cr-00039-4

**United States of America**

v.

**Michael Dangelio Johnson**

### ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on October 3, 2022, and issued a report and recommendation as to the disposition of this matter. Doc. 351. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Docs. 349, 350.

The court hereby accepts the magistrate judge's report and recommendation. Defendant's supervised release is revoked, and the court orders that defendant Michael Dangelio Johnson be sentenced to 10 months' imprisonment. This term of imprisonment shall run consecutively to the sentence imposed in Case No. 007-1146-22 in the 7th Judicial District Court of Smith County, Texas, to be followed by 16 months of supervised release.

*So ordered by the court on October 7, 2022.*

J. CAMPBELL BARKER
United States District Judge